

11-18-20

To whom this concerns,

I am seeking to have Mr. VanCamp removed from my case. I've notice his lack of interest in pursuing my innocences. It's been over two years and yet he has not went through my discovery with me. For a safe keeping and bond hearing, Mr. VanCamp was completly unprepared and I was denied both, because he never asked me for information. He never consulted with me and I feel he can careless if he win or lose my case. I do not want to go to trial with him as my attorney. I can't trust him to give his best.

I was placed in the hole on 10-15-20 for no reason, and been trying my hardest to get Mr. VanCamp to look into this to see why I'm being treated this way. It's been over a mon and I'm still in the hole not know why and no one can tell me anything. I'm constantly bein mistreated and severly punished for minor infractions. What purpose is it for me to have Mr. VanCamp as my lawyer, when I need him I can't get in contact with him.

On 1-21-20 Mr. VanCamp finally filed a motion for a speedy trial after my numerou requests. It was heard in court on 2-18-20, and the court ordered that it be granted within 180 days from the date of the hearing. I was never given a trial date. Mr. VanCamp did not ev attempt to fight the disreguard of my rights. My due process meant nothing to him or the c I'm requesting for a new public defender and to be transfered to a safer facility. I can no longer put up with the racism of this jail. I attest that this is a true statement.

Respectfully,
Willie Williams