IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| WILLIE WILLIAMS, | ) |
| Plaintiff, | ) |
| v. | ) 1:20CV1131 |
| VANCAMP, | ) |
| Defendant(s). | ) |

## JUDGMENT

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and on September 13, 2021, was served on the parties in this action. (ECF Nos. 2, 3.) No objections were filed within the time prescribed by § 636.

The Court hereby adopts the Magistrate Judge's Recommendation.

IT IS HEREBY ORDERED AND ADJUDGED that this action be FILED and DISMISSED *sua sponte* without prejudice to Plaintiff filing a new complaint on the proper § 1983 forms which corrects the defects cited in the Recommendation.

This, the 7th day of October 2021.

/s/ Loretta C. Biggs
United States District Judge